Case 2:18-cv-08813-VBF-SHK   Document 1   Filed 10/12/18   Page 1 of 3   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
10/12/18
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

9-26-18

To Whom it may concern. I mr Green got jump on and beat up by (CV18-8813-VBF(SHK)) 10 or 15 police officer in LA county-jail the doctor lied at LCMC medical to try and cover it up so at St. Marry Hospital in Long Beach said they had to cut my head open and did surgery on me the medical records are still there and all i'm asking for is justic' and money damages about one million or more for what they did to me in the medical part of the jail where they keep medical people at in LA county and i saw the cop that jump me,, with all them other cop. his name is "morbic" they made him "senior" at the jail right now! And at that time they didn't have camera up in 2013 and didn't stop beating me with the Handcuff on behind my back on the floor so then if senior didn't come and make them stop I mr Green would be dead and they would of got away with muder on me god know who else they kill in there LA. So can you see about my class action law suite they send me a mail in 2013 so if can let know where are how can i get my money send here to me are lawyer thier that can help me with my suite

P.S I Green write me SOON



Jeff Green AW8775
Valley State Prison
P.O. Box 92  A-1-24-2L
Chowchilla, CA
93610-0092

Legal mail

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 10 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Central Dis. of Cali
U.S. Courthouse
312 N. Spring Street
Los Angeles, CA
90012

**VSP INDIGENT**

9/24/18

8310